IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

CECIL R. LAWRENCE, )
 )
    Petitioner, )
 )
v. ) No. CIV 09-349-RAW-KEW
 )
MIKE MULLIN, Warden, )
 )
    Respondent. )

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered September 21, 2010, dismissing petitioner's petition for a writ of habeas corpus as time barred. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 22nd day of October 2010.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**